CM/ECF FILED DOCUMENT
CHAMBERS COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,   CIV NO. 6:04-CV-6257T(Fe)

        Plaintiff,

vs.

BRIAN J. COLF, et al.

        Defendants.

### ORDER OF CONFIRMATION OF SALE

Upon reading the Affidavit of Michael L. Amodeo, attorney with the law firm of Getman & Biryla, LLP, which represents the plaintiff United States of America, and upon all the pleadings and proceedings had herein, by all of which it appears to the satisfaction of the Court that the plaintiff is in all respects entitled to the relief herein granted, it is

**ORDERED** and **ADJUDGED** that the Report Of Sale of the United States Marshal in this matter be and the same hereby is in all respects ratified and confirmed, and the sale therein mentioned be and hereby is absolute and binding forever.

DATED:    Rochester, New York
                May 4, 2006

                                          S/MICHAEL A. TELESCA
                                          HONORABLE MICHAEL A. TELESCA
                                          UNITED STATES DISTRICT JUDGE